UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSALIE SMITH,<br><br>           Plaintiff,<br><br>   v.<br><br>JACKIE HOWE, et al.,<br><br>           Defendants. | Case No. 22-cv-04454-JSC<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 15 |

This action was reassigned to the undersigned judge with a report and recommendation from Judge Kandis A. Westmore to dismiss without prejudice for failure to prosecute. (Dkt. Nos. 12, 13.) Plaintiff thereafter filed a "Notice of Dismissal to Amend" in which Plaintiff requests that the case be dismissed due to the need to amend. (Dkt. No. 15.) In light of Plaintiff's request for voluntary dismissal, the Clerk is directed to close this action. *See* Fed. R. Civ. Pro. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: November 28, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge