UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSALIE SMITH, | Case No. 22-cv-04454-JSC |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REOPEN CASE** |
| JACKIE HOWE, et al., | Re: Dkt. No. 18 |
| Defendants. | |

Before the Court is Plaintiff's motion to reopen and consolidate six cases. The Court dismissed the instant lawsuit without prejudice on November 28, 2022, in light of Plaintiff filing a notice of intent to dismiss the case. (Dkt. Nos. 15, 17.) Plaintiff has not cited any authority or good cause for why this case should be reopened, so the Court DENIES the motion, without prejudice. Plaintiff's request to consolidate cases is DENIED as moot.

This Order disposes of Docket No. 18.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge